**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

ANDREW K. KHOUNE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DAEDONG-USA, INC. (KIOTI TRACTOR DIVISION),

Defendant.

CASE NO. 5:25-cv-00216-D-KS

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to the motion of Defendant Daedong-USA, Inc., and for good cause shown, the time within which Defendant may answer or otherwise respond to the Complaint is hereby extended to and including June 2, 2025.

SO ORDERED this 1st day of May, 2025.

/s/ Peter A. Moore, Jr.
Clerk of Court