IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00216-D-KS

ANDREW K. KHOUNE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DAEDONG-USA, INC (KIOTI TRACTOR DIVISION),

Defendant.

**ORDER GRANTING DEFENDANT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to the motion of Defendant Daedong-USA, Inc., and for good cause shown, the time within which Defendant may answer or otherwise respond to the Complaint is hereby extended to and including July 2, 2025.

SO ORDERED. This 2 day of June, 2025.

JAMES C. DEVER III
United States District Judge