**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| ANDREW K. KHOUNE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAEDONG-USA, INC. (KIOTI TRACTOR DIVISION),<br><br>Defendant. | Case No. 5:25-cv-00216-D |
| BRIAN POLLARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAEDONG-USA, INC., d/b/a KIOTI TRACTOR DIVISION, and DAEDONG, INC.,<br><br>Defendants. | Case No. 5:25-cv-00279-M |
| JOHN VIVERETTE, individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAEDONG-USA, INC.,<br><br>Defendant. | Case No. 5:25-cv-00277-D |

**PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM LEADERSHIP COUNSEL**

Plaintiffs Andrew K. Khoune, Brian Pollard, and John Viverette (collectively, "Plaintiffs") move pursuant to Fed. R. Civ. P. 42(a) for the consolidation of three class actions pending in this court: (1) *Khoune v. Daedong-USA, Inc. (Kioti Tractor Division),* Case No. 5:25-cv-00216-D, (2) *Pollard v. Daedong-USA, Inc. d/b/a Kioti Tractor Division, et al.*, 5:25-cv-00279-M; and (3) *Viverette v. Daedong-USA, Inc.,* Case No. 5:25-cv-00277-D-BM (collectively, the "Related Actions"), under the first filed action, Case No. 5:25-cv-00216-D, and with the new title "*In re Daedong-USA Data Security Incident Litigation*."

Plaintiffs further move pursuant to Fed. R. Civ. P. 23(g), for the appointment of: Daniel Srourian of Srourian Law Firm, P.C., Leigh S. Montgomery of EKSM, LLP, and Brittany Resch of Strauss Borrelli, PLLC as Interim Co-Lead Class Counsel.

In support of this Motion, Plaintiffs rely on the accompanying memorandum of law, the exhibits attached thereto, and the Proposed Order. Plaintiffs have conferred with Defendants' counsel on the Motion, and Defendants consent to the requested relief.

Dated: June 6, 2025

Respectfully submitted,

By: /s/ David M. Wilkerson

David M. Wilkerson
Wilkerson Justus PLLC
P.O. Box 54
Asheville, NC 28802
(828) 316-6902
dwilkerson@wilkersonjustus.com

Daniel Srourian, Esq. (pro hac vice to be filed)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

EKSM, LLP
Leigh S. Montgomery (pro hac vice)
Texas Bar No. 24052214
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com

Brittany Resch (pro hac vice to be filed)
bresch@straussborrelli.com
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
(872) 263-1109 (facsimile)

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, David M. Wilkerson hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of June, 2025.

By: */s/*David M. Wilkerson