**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re Daedong-USA Data Security Incident Litigation, | **Case No.: 5:25-cv-00216-D**<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Daniel Srourian hereby enters a notice of special appearance as counsel for Plaintiffs, individually and on behalf of all others similarly situated, in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, David Wilkerson.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: June 18, 2025

/s/ Daniel Srourian
Daniel Srourian
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213)47104160
Email: daniel@slfa.com
*Counsel for Plaintiffs*

David M. Wilkerson
N.C. Bar No. 35742
Wilkerson Justus PLLC
P.O. Box 54
Asheville, NC 28802
Tel: 828-316-6902
dwilkerson@wilkersonjustus.com
Local Civil Rule 83.1(d) Counsel