# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| ANDREW K.KHOUNE, on behalf of himself and<br>*Plaintiff*<br>v.<br>DAEDONG-USA, INC.<br>*Defendant* | ) | Case No. 5:25-cv-00216-D-KS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN VIVERETTE, and members of the prospective Class .

Date: 07/09/2025

/s/Ruth Sheehan
*Attorney's signature*

Ruth Sheehan NC Bar 48069
*Printed name and bar number*

Rhine Law Firm P.C.
1612 Military Cutoff Road
Suite 300
Wilmigton NC 28403
*Address*

ras@rhinelawfirm.com
*E-mail address*

(910) 772-9960
*Telephone number*

(910) 772-9062
*FAX number*