**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Daedong-USA Data Security Incident Litigation* | Case No. 5:25-CV-00216<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Brittany Resch hereby enters a notice of special appearance as attorney for Plaintiff John Viverette in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Ruth A. Sheehan of Rhine Law Firm.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Brittany Resch

Brittany Resch
Strauss Borrelli PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com
MN Bar. No. 0397656
Attorney for Plaintiff

/s/ Ruth A. Sheehan

Ruth A. Sheehan
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Fax: (910) 772-9062
ras@rhinelawfirm.com

NC Bar. No. 48069
Local Civil Rule 83.1(d) Attorney for Plaintiff