IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00216-D-KS

| | |
|---|---|
| IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION | ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME |

Pursuant to the motion of Defendant Daedong-USA, Inc., and for good cause shown, the time within which Defendant may answer or otherwise respond to the Complaint is hereby extended to and including September 5, 2025.

SO ORDERED. This 24 day of July, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE