IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00216-D-KS

| | |
|---|---|
| **IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION** | DEFENDANT DAEDONG-USA, INC.'S FED. R. CIV. P. 12(b)(6) MOTION TO DISMISS CLASS ACTION COMPLAINT |

Defendant Daedong-USA, Inc. ("DD-USA") respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the claims brought by Plaintiffs Andrew K. Khoune ("Khoune"), Brian Pollard ("Pollard"), and John Viverette ("Viverette") (collectively, "Plaintiffs") alleged in the Class Action Complaint ("Complaint"). [D.E. 18]. In 2024, DD-USA was the victim of a data breach. It diligently investigated the breach and then notified impacted employees, like Plaintiffs, of what it uncovered. In response, Plaintiffs commenced a putative class action against DD-USA seeking to hold it responsible for the actions of unidentified third parties. However, Plaintiffs' claims fail as a matter of law and pursuant to Fed. R. Civ. P. 12(b)(6), DD-USA respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice because:

- Plaintiffs' negligence claim (Count I) is barred by the economic loss doctrine because their purported damages are purely economic in nature and their other claimed "damages" are conclusory and speculative at best.

- Plaintiffs have failed to properly plead that they are an intended third-party beneficiary of any contract (Count II).
- Any claim for violation of the North Carolina Unfair and Deceptive Trade Practices Act ("UDTPA") (Count III) fails because: (1) such a claim does not apply in the context of an employer-employee relationship such as the one here; (2) Plaintiffs have failed to plead any facts whatsoever that the sharing of personal information with their employer constitutes an act "in or affecting commerce" as required to state a UDTPA claim; and (3) Plaintiffs have failed to plausibly plead a violation of North Carolina's Identity Theft Protection Act ("ITPA") to support a UDTPA violation.
- Plaintiffs have failed to properly allege that they conferred any benefit upon DD-USA, much less a measurable one, in order to state a viable claim for unjust enrichment (Count IV).
- DD-USA does not owe a fiduciary duty to its employees that it could breach and, therefore, Plaintiffs' breach of fiduciary duty claim (Count V) fails as a matter of law.
- Any claim for declaratory judgment (Count VI) should be dismissed because there is no actual, live, justiciable controversy between the parties as Plaintiffs' claims solely relate to a past data breach, not one that is ongoing.

For these reasons, set forth more fully in the Memorandum in Support filed herewith, DD-USA respectfully requests that this court dismiss all of Plaintiffs claims.

Dated: September 5, 2025


THARRINGTON SMITH, LLP

*/s/ Colin Shive*
Colin A. Shive
N.C. Bar No. 43202
F. Hill Allen
N.C. Bar No. 18884
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
hallen@tharringtonsmith.com
cshive@tharringtonsmith.com

MCGLINCHEY STAFFORD, PLLC

/s/ *Megan S. Ben'Ary*
Megan S. Ben'Ary
Virginia Bar No. 47439
1275 Pennsylvania Ave. NW #420
Washington, DC.
202-802-9949
202-217-2215
Email: mbenary@mcglinchey.com
Special Appearance Counsel

/s/ *James W. Sandy*
James W. Sandy
Ohio Bar No. 0084246
3401 Tuttle Rd, Ste 200
Cleveland, OH 44122
216-378-9911
216-916-4162
Email: jsandy@mcglinchey.com
Special Appearance Counsel

*Counsel for Defendant Daedong-USA, Inc.*
*(Kioti Tractor Divison)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed in this case with the clerk of the court and served on this 5th day of September, 2025, through the court's CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ Colin Shive*
Colin A. Shive
N.C. Bar No. 43202
F. Hill Allen
N.C. Bar No. 18884
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
hallen@tharringtonsmith.com
cshive@tharringtonsmith.com
*Counsel for Defendant Daedong-USA, Inc. (Kioti Tractor Divison)*