# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| ANDREW K. KHOUNE, INDIVIDUALLY AND ON<br>*Plaintiff*<br>v.<br>DAEDONG-USA, INC., D/B/A KIOTI TRACTOR<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 5:25-cv-00216 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRIAN POLLARD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED .

Date: 09/12/2025

Sarah A. Knox
*Attorney's signature*

Sarah A. Knox 58780
*Printed name and bar number*

Hunter & Everage
PO Box 25555
Charlotte, North Carolina 28229
*Address*

sak@hunter-everage.com
*E-mail address*

(704) 377-9157
*Telephone number*

(704) 377-9160
*FAX number*