**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Daedong-USA Data Security Incident Litigation* | Case No. 5:25-CV-00216<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Leigh S. Montgomery of EKSM, LLP as counsel of record for Plaintiff Brian Pollard in the above-captioned civil action.

Ms. Montgomery certifies that she is an active member in good standing of the State of Texas Bar. Ms. Montgomery further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Montgomery is appearing in the above-captioned civil action in association with Sarah A. Knox. Ms. Knox is an active member in good standing of the bar of this Court. Ms. Knox certifies that she will remain responsible to this Court for the conduct of the litigation and acknowledges that she must sign all pleadings and papers, except for certificates of service. Ms. Knox further certifies she will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: September 23, 2025

Respectfully submitted,

*/s/ Sarah A. Knox*
Sarah A. Knox
N.C State Bar No. 58780
**Hunter & Everage, PLLC**
Post Office Box: 25555
Charlott, NC 28229
Telephone: (704) 377-9157
Facsimile: (704) 377-9160
Email: ak@hunter-everage.com

*/s/ Leigh S. Montgomery**
Leigh S. Montgomery
Texas State Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas
Telephone: (888) 350-3931
Facsimile: (888) 276-3455
Email: Service@eksm.com

***Counsel for Plaintiff and the Putative Class***

*Appearing by special appearance pursuant to L.R. 83.1(d)

## CERTIFICATE OF SERVICE

I, Leigh S. Montgomery, hereby certify that on September 23rd, 2025, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery