UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **IN RE DAEDONG-USA DATA SECURITY INCIDENT LITIGATION** | **CASE NO.: 5:25-CV-00216-D**<br><br>**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) (DOC. 23)** |

Plaintiffs Andrew K. Khoune, Brian Pollard and John Viverette, ("Plaintiffs"), individually and on behalf of all similarly situated persons, file this Response in Opposition to Defendant Daedong-USA, Inc. (Kioti Tractor Division) ("DD-USA" or "Defendant") Motion to Dismiss (Doc. 23). Plaintiffs request the Court deny Defendant's Motion to Dismiss, except as to the Breach of Fiduciary Duty claim, or alternatively, allow Plaintiffs to amend the complaint to address any found pleading deficiencies.

Plaintiffs have properly pled their causes of action for Negligence, Breach of Contract, North Carolina Unfair and Deceptive Trade Practices Act, Unjust Enrichment and request for declaratory relief for the ongoing and imminent harm DD-USA's retention of Private Information without adequate security measures has caused and is causing. To the extent the Court finds any claim to be insufficiently pled, Plaintiffs request leave to amend the complaint, as such amendment would not be futile.

For the foregoing reasons and those articulated in Plaintiffs' brief in support, Plaintiffs request the Court deny Defendant's Motion to Dismiss, except as to the breach of fiduciary duty

claim, or allow Plaintiffs leave to amend their complaint if the Court finds it is necessary to the maintenance of the remaining claims.

DATED: September 26, 2025 Respectfully submitted,

By: /s/ *Ruth Sheehan*________
Ruth A. Sheehan
NC State Bar No. 48069
ras@rhinelawfirm.com
Joel R. Rhine
NC State Bar No. 16028
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, North Carolina 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

*Local Civil Rule 83.1(d) Attorney for Plaintiff and the Proposed Class*

Sarah A. Knox, NCSB #58780
**Hunter & Everage, PLLC**
Post Office Box 25555
Charlotte, North Carolina 28229
Telephone: 704-377-9157
Facsimile: 704-377-9160
Email: sak@hunter-everage.com

**EKSM, LLP**
Leigh S. Montgomery (*via* special appearance)
Texas Bar No. 24052214
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com

**THE VAN WINLE LAW FIRM**
David Wilkerson
NCSB No. 35742
Email: dwilkerson@vwlawfirm.com

11 N Market Street
Asheville, NC 28801
Telephone (828) 258-2991

Daniel Srourian, Esq. (special appearance to be filed)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Brittany Resch (*via* special appearance)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
bresch@straussborrelli.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify Plaintiffs' Response and Memorandum in Opposition to Defendant's Motion to Dismiss was served upon all counsel of record in this matter via the CM/ECF system, in accordance with the Rules.

By: */s/ Ruth Sheehan*________

Ruth A. Sheehan
NC State Bar No. 48069
ras@rhinelawfirm.com
Joel R. Rhine
NC State Bar No. 16028
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300

Wilmington, North Carolina 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

*Local Civil Rule 83.1(d) Attorney for Plaintiff and the Proposed Class*