**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**CASE NO.: 5:25-CV-00216-D**

| | |
|---|---|
| **IN RE DAEDONG-USA DATA SECURITY INCIDENT LITIGATION** | **PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Plaintiffs Andrew K. Khoune, Brian Pollard and John Viverette (collectively, "Plaintiffs") move this Court and request leave to file an amended complaint against Daedong-USA, Inc. (Kioti Tractor Division) ("DD-USA" or "Defendant") pursuant to Fed. R. Civ. P. 15(a)(1). Plaintiffs rely on the accompanying Memorandum of Law in support of this motion.

Counsel for Plaintiffs certifies that they conferred with counsel for Defendant via e-mail on November 12, 2025. Defendant does not consent to the relief sought in this motion.

Dated: November 13, 2025

By: */s/ Ruth Sheehan*

**RHINE LAW FIRM, P.C.**
Ruth Sheehan
NC State Bar No. 48069
ras@rhinelawfirm.com
Joel R. Rhine
NC State Bar No. 16028
jrr@rhinelawfirm.com
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

**Hunter & Everage, PLLC**
Sarah A. Knox, NCSB #58780
Post Office Box 25555
Charlotte, North Carolina 28229
Telephone: 704-377-9157
Facsimile: 704-377-9160
Email: sak@hunter-everage.com

**EKSM, LLP**
Leigh S. Montgomery (*via* special appearance)
Texas Bar No. 24052214
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
lmontgomery@eksm.com
Service Only: service@eksm.com

**THE VAN WINLE LAW FIRM**
David Wilkerson
NCSB No. 35742
Email: dwilkerson@vwlawfirm.com
11 N Market Street
Asheville, NC 28801
Telephone (828) 258-2991

Daniel Srourian, Esq. (special appearance to be filed)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Brittany Resch (*via* special appearance)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
bresch@straussborrelli.com

*Counsel for Plaintiffs and the Putative Class*