IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00216-D

| | | |
|---|---|---|
| *IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION* | ) ) ) ) ) ) ) ) ) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Alex Phillips hereby enters a notice of special appearance as attorney for Plaintiff John Viverette in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Ruth A. Sheehan of Rhine Law Firm.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.


Alex Phillips
Strauss Borrelli PLLC
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
(872) 263-1100
aphillips@straussborrelli.com
WI Bar. No. 1098356
Attorney for Plaintiffs

*/s/ Ruth A. Sheehan*
Ruth A. Sheehan
RHINE LAW FIRM, P.C.
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403

Telephone: (910) 772-9960
Fax: (910) 772-9062
ras@rhinelawfirm.com
NC Bar. No. 48069
Local Civil Rule 83.1(d) Attorney for Plaintiffs