UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-cv-00216-D

IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Megan S. Ben'Ary, counsel for Daedong-USA, Inc. in the above-captioned matter, gives notice to the Court of the change of her address as reflected below:

Megan S. Ben'Ary
Hinshaw & Culbertson, LLP
700 12th Street, NW, Suite 700
Washington, DC 20005
Telephone: (202) 979-5282
mbenary@hinshawlaw.com

This change is effective immediately. All correspondence, pleadings, and any other matters should be directed to this address.

Respectfully submitted, this 4th day of December, 2025.

HINSHAW & CULBERTSON, LLP

*/s/ Megan S. Ben'Ary*
Megan S. Ben'Ary
Virginia Bar No. 47439
Hinshaw & Culbertson LLP
700 12th Street NW, Suite 700
Washington, DC 20005
Telephone: (202) 979-5282
**mbenary@hinshawlaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

HINSHAW & CULBERTSON, LLP

*/s/ Megan S. Ben'Ary*
Megan S. Ben'Ary