IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00216-BO-KS

**IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION**

ORDER

THIS MATTER came before the Court upon the parties' Joint Motion for a Court-Hosted Settlement Conference. Upon review of the motion, it is hereby ORDERED that the joint motion is GRANTED. The parties shall participate in a settlement conference to be conducted by a magistrate judge at a time and place ordered by the assigned magistrate judge. It is further ORDERED that this case is STAYED pending resolution of the settlement conference.

SO ORDERED.

DATE: 4-20-26

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE