N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-216-BO-KS

IN RE DAEDONG-USA DATA )
SECURITY INCIDENT LITIGATION ) **ORDER**

This matter is before the court on referral from United States District Judge Terrence W. Boyle for the purpose of a court-hosted settlement conference. On or before **May 15, 2026**, the parties shall confer and submit a joint notice of at least four (4) dates on which all parties (including any insurance representatives) and their counsel are available for a court-hosted settlement conference in Greenville. The parties should plan for the conference to last the full day.

Upon receipt of information concerning the parties' availability, an order will be entered scheduling the settlement conference and informing the parties of certain procedures concerning the settlement conference.

This 22nd day of April 2026.

Kimberly A. Swank

KIMBERLY A. SWANK
United States Magistrate Judge