**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION**

Civil Action No. 5:25-cv-00216-D-KS

**JOINT NOTICE REGARDING COURT-HOSTED SETTLEMENT CONFERENCE**

In response to the Court's Order of April 22, 2026, the parties and their counsel are available for a court-hosted settlement conference in Greenville on the following dates: June 15, 2026, July 27, 2026, July 28, 2026 and July 29, 2026, though Plaintiffs Andrew K. Khoune, Brian Pollard, and John Viverette will be available by phone. If these dates are not convenient for the Court, the parties can provide additional availability as needed.

Respectfully submitted this the 28th day of April, 2026.


**WILKERSON JUSTUS PLLC**

*/s/ David Wilkerson*
David Wilkerson,
NC Bar No. 35742
PO Box 54
Asheville, NC 28802
Email: dwilkerson@wilkersonjustus.com
Telephone: (828) 316-6902
**Local Civil Rule 83.1(d) Counsel*

**SROURIAN LAW FIRM, P.C.**

*/s/ Daniel Srourian*
Daniel Srourian
CA Bar No. 285678
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Email: daniel@slfla.com
**Notice of Special Appearance filed*

**RHINE LAW FIRM, PC**

*/s/ Ruth Sheehan*
Ruth Sheehan
NC Bar No. 48069
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
**Local Civil Rule 83.1(d) Counsel*

**STRAUSS BORRELLI PLLC**

*/s/ Brittany Resch*
Brittany Resch
MN Bar No. 397656
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Email: bresch@straussborrelli.com
T: (872) 263-1100
**Notice of Special Appearance filed*

**STRAUSS BORRELLI PLLC**

*/s/ Alex Phillips*
Alex Phillips
WI Bar No. 1098356
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Email: aphillips@straussborrelli.com
**Notice of Special Appearance filed*

**Hunter & Everage, PLLC**

*/s/ Sarah Knox*
Sarah A. Knox
NC Bar No. 58780
Post Office Box 25555
Charlotte, NC 28229
Email: sak@hunter-everage.com
Telephone: 704-377-9157
**Local Civil Rule 83.1(d) Counsel*

**EKSM, LLP**

*/s/ Leigh Montgomery*
Leigh S. Montgomery*
TX Bar No. 24052214
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Email: lmontgomery@eksm.com
Phone: (888) 350-3931
Service Only: service@eksm.com
**Notice of Special Appearance filed*

*Counsel for Plaintiffs and the Putative Class*

**THARRINGTON SMITH, LLP**

*/ s/ F. Hill Allen*
F. Hill Allen
N.C. Bar No. 18884
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
hallen@tharringtonsmith.com

*/s/ Colin Shive*
Colin A. Shive
N.C. Bar No. 43202
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
cshive@tharringtonsmith.com

**HINSHAW & CULBERTSON, LLP**

*/s/ Megan Ben'Ary*
Megan S. Ben'Ary
Virginia Bar No. 47439
700 12th Street, Suite 700
Washington, DC 20005
Phone: (202) 802-9949
mmbenary@hinshawlaw.com
**Notice of Special Appearance filed*

*/s/ James Sandy*
James W. Sandy
Ohio Bar No. 84246
16102 Chagrin Boulevard, Suite 112
Shaker Heights, OH 44120
Phone: (216) 378-9905
j sandy@hinshawlaw.com
**Notice of Special Appearance filed*

*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2026, I electronically filed the foregoing **Joint Notice Regarding Court-Hosted Settlement Conference** with the clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

THARRINGTON SMITH, LLP

*/s/ Colin A. Shive*
Colin A. Shive
N.C. Bar No. 43202
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
cshive@tharringtonsmith.com