IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **IN RE: DAEDONG-USA DATA SECURITY INCIDENT LITIGATION** | Case No.: 5:25-cv-00216 |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiffs Andrew K. Khoune, Brian Pollard, and John Viverette (collectively, "Plaintiffs"), individually and on behalf of all other similarly situated individuals, and Defendant Daedong-USA, Inc. ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby provide this Joint Status Report Regarding Settlement.

The parties have made progress drafting the full settlement agreement and exhibits, working with the class action claims administrator to prepare a notice program, and drafting the papers in support of preliminary approval of the Parties' settlement. The Parties require additional time, now that the settlement agreement has been finalized, to obtain all of the necessary signatures, and request that the Court continue the stay of this litigation and all deadlines until October 27, 2026, to allow the Parties to execute their settlement agreement and to file a motion for preliminary approval.

Dated: October 13, 2026

*/s/Ruth Sheehan*
Ruth Sheehan
NC Bar No. 48069
**RHINE LAW FIRM, PC**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
*Local Civil Rule 83.1(d) Counsel

Brittany Resch

Dated: October 13, 2026

*/s/ F. Hill Allen*
F. Hill Allen
N.C. Bar No. 18884
Colin A. Shive
N.C. Bar No. 43202
**THARRINGTON SMITH, LLP**
150 Fayetteville Street, Suite 1900
P.O. Box 1151
Raleigh, NC 27602

MN Bar No. 397656
Alex Phillips
WI Bar No. 1098356
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimle: (872) 263-1109
bresch@straussborrelli.com
ahillips@straussborrelli.com
**Notice of Special Appearance filed*

David Wilkerson
NC Bar No. 35742
**WILKERSON JUSTUS PLLC**
PO Box 54
Asheville, NC 28802
Email: dwilkerson@wilkersonjustus.com
Telephone: (828) 316-6902
*Local Civil Rule 83.1(d) Counsel

Daniel Srourian
CA Bar No. 285678
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Email: daniel@slfla.com
**Notice of Special Appearance filed*

Sarah A. Knox
NC Bar No. 58780
**Hunter & Everage, PLLC**
Post Office Box 25555
Charlotte, NC 28229
Email: sak@hunter-everage.com
Telephone: 704-377-9157
*Local Civil Rule 83.1(d) Counsel

Leigh S. Montgomery
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Email: lmontgomery@eksm.com
Phone: (888) 350-3931

Phone: (919) 821-4711
hallen@tharringtonsmith.com
cshive@tharringtonsmith.com
*Local Civil Rule 83.1(d) Counsel

Megan S. Ben'Ary
Virginia Bar No. 47439
**HINSHAW & CULBERTSON, LLP**
700 12th Street, Suite 700
Washington, DC 20005
Phone: (202) 802-9949
mmbenary@hinshawlaw.com
**Notice of Special Appearance filed*

James W. Sandy
Ohio Bar No. 84246
**HINSHAW & CULBERTSON, LLP**
16102 Chagrin Boulevard, Suite 112
Shaker Heights, OH 44120
Phone: (216) 378-9905
jsandy@hinshawlaw.com

*Counsel for Defendant*

Service Only: service@eksm.com
*Notice of Special Appearance filed*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Ruth Sheehan, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 13th day of October, 2026.

RHINE LAW FIRM, P.C.

By: *__/s/ Ruth Sheehan__*
Ruth Sheehan
NC Bar No. 48069
**RHINE LAW FIRM, PC**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
*Local Civil Rule 83.1(d) Counsel