UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-00216-BO

**IN RE DAEDONG-USA DATA SECURITY INCIDENT LITIGATION**

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby move for preliminary approval of the Parties' Class Action Settlement and respectfully request the Court enter the Parties' proposed Preliminary Approval Order, which: (1) grants preliminary approval of the proposed Settlement; (2) certifies the Settlement Class contemplated by the Parties' Settlement Agreement; (3) orders that the Parties' proposed Notice be sent to the Settlement Class; and (4) schedules a Final Approval Hearing to consider final approval of the proposed Settlement, as well as approval of attorneys' fees, expenses, and a Service Award to the Class Representatives.

Dated: October 16, 2026

By: */s/ Leigh S. Montgomery*

Leigh S. Montgomery
**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Telephone: (713) 554-2377
Facsimile: (888) 276-3455
Email: lmontgomery@eksm.com

Daniel Srourian, Esq.
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

Brittany Resch
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
bresch@straussborrelli.com

*Counsel for Plaintiffs and Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I, Leigh S. Montgomery, hereby certify that on October 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system to all parties who have appeared with an email address of record.

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery